# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 668 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished Judgment** |
| v. | : | **Order** of the Superior Court at |
| | : | No. 1077 EDA 2024 entered on |
| | : | December 2, 2024, **affirming** the |
| MICHAEL FRANK GERBER, JR., | : | Judgment of Sentence of the |
| | : | Carbon County Court of Common |
| Petitioner | : | Pleas at No. CP-13-CR-00000034- |
| | : | 2021 entered on April 5, 2024 |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED: August 19, 2025**

**AND NOW**, this 19th day of August, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, 335 A.3d 1158 (Pa. 2025).